JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>BOGOS KOSEDAG and SILVA KOSEDAG, individually and as Trustees of THE KOSEDAG 2006 FAMILY TRUST DATED 12/21/2006; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:20-cv-01240-PSG-KS<br><br>Judgment Re: Default Judgment [13] |

///
///
///

JUDGMENT

Upon review of the court files, the application for default judgment, the declarations submitted in support of default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff Carmen John Perri shall have Judgment in his favor against Defendant Silva Kosedag, individually and as Trustee of The Kosedag 2006 Family Trust Dated 12/21/2006 ("Defendant") for Defendant's violation of the ADA, 42 U.S.C. § 12181, et. seq., as follows:

(1) Injunctive relief enjoining Defendant from further violations of the ADA, 42 U.S.C. § 12181, et. seq., and mandating that Defendant provide an ADA compliant premises located at 2413 Pacific Coast Highway #102, Lomita, CA 90717 that is readily achievable.

(2) Attorneys' fees and costs in the amount of $4,269.00.

This judgment terminates all Defendants and closes the case.

DATED: 7/21/2020

_____
Hon. Philip S. Gutierrez
**United States District Judge**